UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JERMAINE DEVON WATKINS,<br><br>Petitioner,<br><br>v.<br><br>JEFFREY UTTECHT,<br><br>Respondent. | Case No. C10-1208-JLR-JPD<br><br>MINUTE ORDER |

The following minute order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

The Report and Recommendation filed on August 6, 2010 (Dkt. 4) is WITHDRAWN as superseded by Ninth Circuit Rule 22-3(a). The Clerk is directed to send a copy of this minute order to plaintiff and to the Honorable James L. Robart.

DATED this 9th day of August, 2010.

Bruce Rifkin
Clerk of the Court

s/ Mary Duett
Deputy Clerk

MINUTE ORDER
PAGE - 1